In the Matter of Proving the Will of HELEN L. BEATTIE, Deceased.

NELLIE B. McFADDEN et al., Appellants; IRVING BANK-COLUMBIA TRUST COMPANY, as Executor, et al., Respondents.

*Appeal — order of Appellate Division affirming decree of Surrogate's Court denying motion to vacate prior decree — appeal to Court of Appeals dismissed.*

*Matter of Beattie,* 222 App. Div. 729, appeal dismissed.
(Argued April 30, 1928; decided May 11, 1928.

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1927, which affirmed a decree of the New York County Surrogate's Court denying a motion to vacate and set aside a prior decree admitting to probate the will of Helen L. Beattie, deceased.

*Wayne Ely, James W. Osborne* and *Kenneth D. Shrewsbury* for appellants.

*Sydney G. Soons* and *Martin A. Schenck* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.